

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Burgers & Fries, Inc. and
Rick Daffron,

\* From the County Court at Law
of Taylor County,
Trial Court No. 23411.

Vs. No. 11-19-00046-CV

\* May 16, 2019

First Data Global Leasing et al,,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.